709 A.2d 799

JOSEPH A. SAVARESE, PLAINTIFF-RESPONDENT, v. THERESA M. CORCORAN, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted April 1, 1998—Decided April 14, 1998.

Before Judges SHEBELL and COBURN.

*George G. Whitmore,* attorney for appellant (*Joanne S. Nadell,* on the brief).

*Edward L. Larsen,* attorney for respondent.

PER CURIAM.

In this post-judgment matrimonial case, defendant Theresa M. Corcoran appeals from that portion of the January 31, 1997, order which denied her motion for increased child support and from the order of April 30, 1997, denying her motion for reconsideration. We affirm substantially for the reasons expressed by Judge Raymond A. Hayser, J.T.C., t/a, in his written opinion of April 30, 1997. *Savarese v. Corcoran,* 311 *N.J.Super.* 240, 709 *A.*2d 829 (Ch.Div 1997).

Affirmed.